## IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
BATESVILLE DIVISION

| | | |
|---|---|---|
| LORI HOGANS, on behalf of herself and MARCUS HOGANS, a minor | * * * | |
| Plaintiff | * * | |
| | * | NO: 1:10CV00005   SWW |
| V. | * * | |
| OFFICER DAVID SALLAS, ET AL. | * * | |
| Defendants | | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this action is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 12TH DAY OF APRIL, 2010.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE